1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JULIO RODRIGUEZ,                         **Case No. CV 15-02802 JFW (RAO)**

12 |                    Petitioner,

13 |          v.                                          **JUDGMENT**

14 | W.L. MONTGOMERY, Warden,

15 |                    Respondent.

16

17      Pursuant to the Court's Order Accepting Findings, Conclusions, and

18 Recommendations of United States Magistrate Judge,

19      IT IS ORDERED AND ADJUDGED that the Petition is denied and this

20 action is dismissed with prejudice.

21
22
23 DATED:  April 27, 2016

24                                              _____

25                                              JOHN F. WALTER
                                               UNITED STATES DISTRICT JUDGE

26
27
28